**ORIGINAL**

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

LAUREN M. NAKAMURA #9781
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Telephone: (808)541-2850
E-mail: Lauren.Nakamura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 30 2025
at ___9___ o'clock and ___47___ min. ___9___ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-00114 SASP |
| Plaintiff, | INDICTMENT |
| v. | [18 U.S.C. §§ 922(g)(1) and 924(a)(8)] |
| LINO SCHWENKE, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

## Felon in Possession of Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about September 10, 2025, in the District of Hawaii, LINO SCHWENKE, the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess in and affecting interstate commerce, a firearm, namely, a High Standard Sport Deluxe Model 20 Gauge Shotgun bearing serial number "3064551", with said firearm having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Forfeiture Notice

1. The allegations set forth in this Indictment are re-alleged for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice to LINO SCHWENKE, the defendant, that upon conviction of the offense charged in this Indictment, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any firearms or ammunition involved in or used in the offense, including but not limited to a High

Standard Sport Deluxe Model 20 Gauge Shotgun bearing serial number "3064551" seized from the defendant on or about September 10, 2025;

  3. If by any act or omission of LINO SCHWENKE, the defendant, any of the property subject to forfeiture described in paragraph 2 of this second forfeiture notice:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

//
//
//
//
//
//
//
//

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2 of this second forfeiture notice, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

DATED: October 30, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

*Kim Sorenson*
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

*Lauren Nakamura*
LAUREN M. NAKAMURA
Assistant U.S. Attorney

United States v. LINO SCHWENKE
Indictment
Case No.   CR25-00114 SASP