UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINO SCHWENKE,<br><br>Defendant. | CR. NO. 25-00114 SASP<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant appeared before me and entered a plea of guilty to the sole count of the Indictment. I recommend that the District Judge accept Defendant's guilty plea based upon the findings below and impose sentence accordingly.

After examining the Defendant under oath, I further determined that:

- Defendant is fully competent and capable to understand the proceedings and enter into a knowing and voluntary guilty plea;

- Defendant knowingly consented to enter his guilty plea before a U.S. Magistrate Judge;

- Defendant understands the nature of the charge in the sole count of the Indictment and the maximum punishment associated with that charge;

- Defendant understands his constitutional rights associated with a jury trial;

- The offense charged in the Indictment to which the Defendant pleaded guilty is supported by an independent basis in fact establishing each of the essential elements of the offense;

- Defendant admitted to facts that establish each of the essential elements of the offense; and, therefore,

- Defendant knowingly and voluntarily pleaded guilty to the sole count of the Indictment.

The Government and Defendant agreed with the Court's findings.

Accordingly, I recommend that the District Judge accept the above findings and the Defendant's plea of guilty.

IT IS SO RECOMMENDED.



_____
Wes Reber Porter
United States Magistrate Judge

DATED: December 11, 2025 at Honolulu, Hawai'i

United States of America vs. Lino Schwenke; CR. NO. 25-00114 SASP; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY.

## NOTICE

Pursuant to 28 U.S.C. § 636(b)(1), within fourteen days after being served with a copy, the Defendant may file written objections to these proposed findings and recommendations as to the guilty plea with the District Court.